**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Raouf Vafaei,

Plaintiff,

v.

Pamela Bondi, et al.,

Defendants.

No. CV-26-00108-TUC-JGZ

**ORDER**

In light of Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 11) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS ORDERED** that this matter is **dismissed without prejudice**. The Clerk of Court is directed to close this matter.

Dated this 29th day of September, 2026.

Jennifer G. Zipps
Chief United States District Judge